

U.S. ... COURT
DISTRICT OF N.H.
FILED

2009 JUL 31 P 3: 51

John R. Griffin Jr.

    **V.**

             **CIVIL ACTION NO. 1:09-cv-250-SM**

New Hampshire
Dept. of
Employment
Security

    **&**

Speare Memorial
Hospital; Laurie Bolognani
Human Resource Director
Peter Kritkos CFR

### MOTION FOR COURT ORDER TO
### RELEASE UNEMPLOYMENT INSURANCE
### BENEFITS TO PLAINTIFF
### AND
### PUNITIVE DAMAGES FILED AGAINST DEFENDANTS
#### Laurie Bolognani & Peter Kritkos
#### Administrators Human Resource & CFO
#### Of Speare Memorial Hospital

      Plaintiff now petitions the court, since it recognizes plaintiff's dire financial Situation whereby it allowed plaintiff to file *in pauperis*, plaintiff now petitions the court to grant the following motions:

1.) To order the New Hampshire Dept. of employment security to <u>immediately</u> release unemployment benefit payments to the plaintiff; as he needs to be able to purchase food for sustenance, pay his bills, and maintain his mortgage payments to avoid foreclosure of his home.

2.) Plaintiff would like to file punitive damages against the individual defendants belonging to Speare Memorial Hospital government affiliated former employer ; it's two administrators responsible for it's bogus termination proceedings that

**Have resulted in financial hardship for the plaintiff; damages requested as follows:**

**A. Laurie Bolognani- immediate instigator of biased , capricious and arbitrary decision making process to label political speech in casual conversational remark As 'misconduct' and terminate plaintiff with extreme prejudice:**

**$25,000.00 dollars.**

**B. Peter Kritkos- secondary signatory on said termination notice: for reasons stated above:**

**$17,500.00**

**Said damages should be seen as fair & just by the court, in consideration of overwhelming protections American courts have given to political speech , from the US Supreme court decisions , to it's Circuit court decisions and even those case that may have arisen from the Federal District court system.**

**Plaintiff prays for relief from the Court; as he is beginning to run out of food, and has used what money he had to pay bills and return monies borrowed.**

**Sincerely, and respectfully, John R. Griffin Jr.**

7.31.09        John R. Griffin

**I hereby state a copy of this motion has been sent to the defendants at their respective addresses noted above as plaintiff has yet to be contacted by attorneys for said defendants.**