UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


John R. Griffin, Jr.

       v.                               Civil No. 09-cv-250-SM

NH Department of Employment Security, et al


O R D E R OF RECUSAL

     I recuse myself from this case as plaintiff has brought liability claims against my former law firm, which claims theoretically place former partners currently on my recusal list at risk of liability.  In addition, the Magistrate Judge's recommendation that supplemental jurisdiction over those claims not be exercised presents an issue subject to the exercise of judicial discretion, better considered by another district judge.


     SO ORDERED.


December 21, 2009                                _____
                                                         Steven J. McAuliffe
                                                         Chief Judge


cc:    John R. Griffin, Jr., Pro Se