UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>John R. Griffin, Jr.</u>

       v.                                Case No. 09-cv-250-PB

<u>NH Department of Employment
Security, et al.</u>


## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated November 16, 2009 for the reasons set forth therein.   Plaintiff's complaint is hereby dismissed as to defendants NH Department of Employment Security, Speare Memorial Hospital, Laurie Bolognani, Peter Kritkos, Linda Nestor, and  R. Matthew Cairns.   The only remaining claim is the First Amendment Claim asserted under 42 U.S.C. 42 U.S.C. § 1983 against defendant Margaret Garrison in her individual capacity.

     SO ORDERED.


December 24, 2009                       */s/ Paul J. Barbadoro*
                                                 District Court Judge


cc:    John R. Griffin, Jr., pro se