UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

John R. Griffin, Jr.,
        Plaintiff

        v.                          Civil No. 09-cv-250-PB

Margaret Garrison,
        Defendant

**O R D E R**

I recused myself from presiding over this case because my
former law partners were placed at risk of liability, due to
plaintiff's having named my former law firm as a party-defendant.
My former law firm is no longer a party to this case, and
plaintiff has apparently moved to have the case reassigned to me
(at least that is a fair construction of his pleading, document
no. 20).  Judge Barbadoro has referred the motion to me, as a
motion to reconsider my previous recusal order, given the changed
circumstances.  As there does not appear to be a current conflict
precluding my presiding over the case, and Judge Barbadoro has no
objection to its being reassigned back to me, the motion is
granted.  The clerk shall reassign the case to me.

        **SO ORDERED.**

                                    _____
                                    Steven J. McAuliffe
                                    Chief Judge

March 25, 2010

cc:  John R. Griffin, Jr., pro se
     Karen A. Schlitzer, Esq.